UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOHAN KARKI,

      Petitioner,

v.

US IMMIGRATION AND CUSTOMS ENFORCEMENT, DETROIT FILED OFFICE, DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS,

      Respondent.
_____/

Case No. 2:25-cr-13186

HONORABLE STEPHEN J. MURPHY, III

## ORDER REQUIRING PETITIONER TO APPEAR

The above-named prisoner is a PARTY in the above-entitled action. His appearance is necessary in conjunction with proceedings scheduled in this Court. Now therefore,

**IT IS ORDERED** that the U.S. Immigration and Customs Enforcement Agency shall produce said prisoner in this Court, at Room 216, United States Courthouse, 231 W. Lafayette, Detroit, MI 48226 on **WEDNESDAY, DECEMBER 3, 2025, at 3:00 p.m.,** before the Honorable Stephen J. Murphy, III.

      **SO ORDERED**.

      s/ Stephen J. Murphy, III
      STEPHEN J. MURPHY, III
      United States District Judge

Dated: November 18, 2025

1