UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOHAN KARKI,

          Petitioner,

v.

KEVIN RAYCROFT and KRISTI NOEM,

          Respondents.
_____/

Case No. 2:25-cv-13186

HONORABLE STEPHEN J. MURPHY, III

**ORDER DENYING MOTION TO VACATE [12] AND SCHEDULING ORAL ARGUMENT ON MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [11]**

Mohan Karki, a criminal alien detained at the St. Clair County Jail, petitioned for a writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. The Court scheduled a hearing on the petition for December 3, 2025. ECF No. 9. Because the petition did not present only issues of law, the Court ordered the Government to produce Karki at the hearing. ECF No. 10; *see also* 28 U.S.C. § 2243.

On the Sunday after Thanksgiving, two days prior to the hearing, the parties filed dueling emergency motions, one to vacate the Court's order to appear and the other to restrain the Government from moving Karki out of the Eastern District of Michigan. ECF Nos. 11, 12. For the reasons below, the Court will deny the Government's motion to vacate, hold the hearing as previously scheduled, and hear oral argument on Karki's request for injunctive relief.

1

## BACKGROUND

After Karki's petition was fully briefed, on November 17, 2025, the Court scheduled a hearing on the petition for December 3, 2025. ECF No. 9. The Court required the attendance of Karki at the hearing. ECF No. 10. Two days later, the Government received travel documents from the Government of Bhutan for Karki that are valid until March 17, 2026. ECF No. 12-3, PageID.156. The next week, on November 24, 2025, the Government bought a plane ticket to Bhutan for Karki. ECF No. 12-3, PageID.156–157. The ticket is for the day before the hearing—December 2, 2025. *Id.* After buying the ticket, the Government waited six days to file an "emergency motion" to vacate the Court's order requiring Karki's presence at the hearing. ECF No. 12. The motion was filed at 2:37 p.m. on the Sunday afternoon prior to the hearing. Minutes before that motion was filed, Karki moved for a temporary restraining order or preliminary injunction barring the Government from transferring him out of the Eastern District of Michigan. ECF No. 11, PageID.107.

## DISCUSSION

To begin, the Court will deny the Government's motion to vacate the order for Karki to appear at the hearing. ECF No. 12. For good cause, the Court could change the schedule. *See* Fed. R. Civ. P. 6(b)(1). Here, however, the Court has not yet ruled on the petition, and it may need to hear from Karki. *See* 28 U.S.C. § 2243. A translator is also travelling from some distance to be at the hearing. Under the circumstances, the Court finds that there is not good cause to change the schedule.

2

Because the Court will deny the motion to vacate, the Court's order requiring the United States Immigration and Customs Enforcement Agency (ICE) to produce Karki is still in effect. *See* ECF No. 10, PageID.106. Under the order, ICE must bring Karki to Room 216, United States Courthouse, 231 W. Lafayette, Detroit, MI 48226 on December 3, 2025 at 3:00 p.m. *Id.* Because the Government is required to produce Karki at the hearing, there is no risk of harm before the hearing that would require more immediate attention. The Court will hear oral argument on Karki's motion at the hearing on December 3, 2025 at 3:00 p.m.

**WHEREFORE**, it is hereby **ORDERED** that the motion to vacate [12] is **DENIED**.

**IT IS FURTHER ORDERED** that oral argument on the motion for a temporary restraining order and preliminary injunction [11] is **SCHEDULED** for December 3, 2025 at 3:00 p.m.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: December 1, 2025

3