UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOHAN KARKI,

         Petitioner,

v.

KEVIN RAYCRAFT and KRISTI NOEM,

         Respondents.
_____/

Case No. 2:25-cv-13186

HONORABLE STEPHEN J. MURPHY, III

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated December 8, 2025, Plaintiff's petition is dismissed.

         KINIKIA ESSIX
         CLERK OF THE COURT

         BY: s/ R. Loury

Dated: December 8, 2025

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

1